```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )
                                )           4:06CR3174
          v.                    )
                                )
EDWIN ROCAEL HERRERA-LARIOS,    )
                                )              ORDER
               Defendant.       )
                                )
```

IT IS ORDERED:

1. Defendant's motion to continue deadline, filing 20, is granted and the deadline for filing pretrial motions is extended to February 20, 2007.

2. Defendant's motion to continue trial, filing 21, is granted in part and trial of this matter is continued to 9:00 a.m., April 16, 2007 for a duration of two trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between February 1, 2007 and April 16, 2007 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge